IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ORRIE PETERSON,

Plaintiff,

v.

ORDER

FRANK BISIGNANO,
Commissioner of the Social Security Administration,

26-cv-492-jdp

Defendant.

---

Plaintiff Orrie Peterson moves for $1,385.21 in attorney fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Dkt. 9. The commissioner does not oppose the motion, so the motion is GRANTED.

Peterson is awarded $1,385.21 for attorney fees and expenses in full satisfaction of any and all claims for fees and expenses that may be payable to Peterson in this matter under EAJA.

Any fees paid belong to Peterson and not Peterson's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If the commissioner can verify that Peterson does not owe a pre-existing debt to the government subject to the offset, the commissioner will direct that the award be made payable to **Howard Olinsky** pursuant to the EAJA assignment duly signed by

Peterson. If payment is mailed rather than electronically deposited, it shall be mailed to counsel's address of record:

**250 South Clinton Street**
**Suite 210**
**Syracuse, NY 13202**

Entered November 10, 2026.

BY THE COURT:

/s/

JAMES D. PETERSON
District Judge